# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

BENNIE OVERTON,

Petitioner, : Case No. 1:26-cv-00671

- vs -

District Judge Matthew W. McFarland
Magistrate Judge Michael R. Merz

FEDERAL BUREAU OF PRISONS, et al.,

:

Respondents.

## REPORT AND RECOMMENDATIONS

This is an action for a writ of habeas corpus brought *pro se* by Petitioner Bennie Overton under 28 U.S.C. § 2241 to obtain release from his present confinement in the Butler County Jail at the instance of the Federal Bureau of Prisons.

Upon the Court's Order (ECF No. 4), Respondent has answered the Petition and advised the Court that Petitioner has received the change in his custodial status which he demanded in the Petition (ECF No. 5). Based on that Return, the Petition has become moot and the Magistrate Judge respectfully recommends the Petition be dismissed on that basis.

August 6, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. #