# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

BENNIE OVERTON,

Petitioner, : Case No. 1:26-cv-00671

- vs -

District Judge Matthew W. McFarland
Magistrate Judge Michael R. Merz

FEDERAL BUREAU OF PRISONS,

:

Respondent.

## DECISION AND ORDER; REPORT AND RECOMMENDATION

This habeas corpus action under 28 U.S.C. § 2254 is before the Court on Petitioner's Notice of Emergency which requests Court intervention in his placement by the Bureau of Prisons (ECF No. 41), Motion for Immediate Enlargement (ECF No. 42), Motion for an Order to Show Cause (ECF No. 43), and Motion for a Temporary Restraining Order (ECF No. 44).

On November 2, 2026, District Judge McFarland, to whom this case is assigned, entered judgment adopting the then-pending Reports and Recommendations and dismissing this case with prejudice (ECF Nos. 37, 38). In doing so, he certified to the Sixth Circuit that any appeal would be objectively frivolous, Petitioner's time to appeal to the Sixth Circuit runs from November 2, 2026. To appeal from that decision to the Sixth Circuit, Petitioner must file a notice of appeal with the Clerk of this Court within thirty days of the entry of judgment, or not later than December 2, 2026.

Because judgment has already entered dismissing the Petition with prejudice, Petitioner's

Notice of Emergency, Motion for Immediate Enlargement, and Motion for an Order to Show Cause are moot and are hereby denied on that basis. The Motion for a Temporary Restraining Order is likewise moot and the Magistrate Judge respectfully recommends that it too be dismissed on that basis[1].

November 12, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.

[1] The Motion for Temporary Restraining Order is a motion for injunctive relief reserved to District Judges on which a Magistrate Judge may only make a recommendation.